UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-04633 JAK (RAOx) | Date | August 31, 2015 |
| Title | Salwa Aboujaoude v. Adidas AG, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Richard L. Knickerbocker | John W. Shaw |

**Proceedings:**     **PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT (DKT. 16)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand Case to State Court (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' August 21, 2015 joint report and sets the following deadlines:

| | |
|---|---|
| November 30, 2015: | Last day to amend or add parties |
| December 4, 2015: | Last day to participate in a settlement conference/mediation |
| December 11, 2015: | Last day to file a notice of settlement or a joint report re status of settlement |
| December 21, 2015 at 1:30 p.m.: | Post Mediation Status Conference |
| June 20, 2016: | Non-Expert Discovery Cut-Off |
| July 1, 2016: | Initial Expert Disclosures |
| July 15, 2016: | Rebuttal Expert Disclosures |
| July 28, 2016: | Expert Discovery Cut-Off |
| August 1, 2016: | Last day to hear motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-04633 JAK (RAOx) | Date | August 31, 2015 |
|---|---|---|---|
| Title | Salwa Aboujaoude v. Adidas AG, et al. | | |

| | |
|---|---|
| September 12, 2016 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| September 27, 2016 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court does not estimate the trial at 5-7 days but will confer further with counsel at the time of the Final Pretrial Conference.

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Rozella A. Oliver. The parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on December 21, 2015, if such notice is filed on or before December 11, 2015. If a notice of settlement is not filed, counsel shall file a joint report by December 11, 2015, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 6.

**IT IS SO ORDERED.**

|  | : | 12 |
|---|---|---|
| Initials of Preparer | ak | |